

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR**, Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellees' brief was originally due February 16, 2021. Appellees' first motion for extension of time was granted, extending the deadline for filing the brief to March 31, 2021. On April 1, 2021, appellees filed a motion requesting an additional extension of time to file the brief until May 18, 2021, for a total extension of ninety-one days. After consideration, we **GRANT IN PART** the motion and **ORDER** appellees to file their brief **by May 17, 2021**. Appellees are advised that if the brief is not filed, the case may be set at issue without an appellees' brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court